## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

JUSTIN EDWARD LEWIS,       )
                       )
     Plaintiff,            )
v.                         )     Civil Action No. 3:20CV199–HEH
                       )
PROCTOR AND GAMBLE AND     )
FAMILY, *et al.*,           )
                       )
     Defendants.         )

### MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on April 30, 2020, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released or transferred. On November 4, 2020, the United States Postal Service returned an October 22, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate No Longer Here." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                /s/
                            HENRY E. HUDSON
                            SENIOR UNITED STATES DISTRICT JUDGE

Date: **Nov. 24 2020**
Richmond, Virginia